UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00086 |
| | ) | JUDGE CAMPBELL |
| KWAME WILLIAMS | ) | |
| a/k/a ARNOLD FORDHAM | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Request Redaction (Docket No. 99). Through the Motion, the Defendant requests redaction of the first names of minor children in the transcript of the re-sentencing hearing. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE